**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-** **Case No. 2:26-cr-145**

**Tyler Nike Thomas**

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 10/5/2026 1:33pm |
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Heather Hill/Emily Czerniejewski |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Sam Shamansky |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

Arraignment on Indictment

-Waiver of Personal Appearance filed by Defendant
-Counsel consents to hearing being digitally recorded
-Counsel waives formal reading of indictment in open Court
-Counsel enters NOT GUILTY plea
-Jury Trial set for 11/30/2026 before Judge Watson

Defendant to REMAIN in the custody of the United States Marshal pending trial.