**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:26-cr-145 |
| v. | : | Judge Michael H. Watson |
| TYLER N. THOMAS, | : | |
| Defendant. | : | |

**AGREED MOTION FOR CONTINUANCE**

Defendant, through undersigned counsel and with agreement from the United States, respectfully moves the Court for an Order continuing the trial date and associated deadlines currently set in the instant case. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully Submitted,

**/s/ Samuel H. Shamansky**
**SAMUEL H. SHAMANSKY CO., L.P.A.**

Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
P: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

**MEMORANDUM**

Pursuant to the Court's recent Preliminary Pre-Trial Order (Doc. 28), this matter is currently scheduled for trial at 9:00 a.m. on November 30, 2026. The Order further provides for a Final Pretrial Conference and Motion Hearing on November 25, 2026, as well as deadlines for the filing of pretrial motions and proposed jury instructions.

Defendant respectfully submits that this is an extremely complicated case involving months of investigation conducted by dozens of law enforcement officials. In addition to the resulting voluminous discovery, the indictment includes special findings relative to the imposition of the death penalty pursuant to 18 U.S.C. § 3591, *et seq.*, thus implicating the need for further investigation relative to mitigating factors. 18 U.S.C. § 3592(a). As a result, the current case schedule and trial date provide insufficient time for Counsel to adequately review and prepare.

The parties have conferred and agree that, given the circumstances and the seriousness of this matter, a continuance of the trial date and associated deadlines is necessary to preserve Defendant's constitutional rights, is in the interests of justice, and will not result in unnecessary delay. Moreover, the parties agree that the associated necessary delay is both unavoidable and should be excluded from the Court's speedy trial calculations under 18 U.S.C. 3161(h)(7). Finally, given the sheer complexity of this case, they also agree it is currently difficult to predict the length of an appropriate extension to the case schedule.

In light of these circumstances, Defendant respectfully requests that the Court vacate the current trial date and associated deadlines until further Order. Moreover, Defendant would request that a status conference be scheduled at the Court's convenience, at which time the parties can provide updates concerning the developments in the case and potentially offer suitable trial dates.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
**SAMUEL H. SHAMANSKY CO., L.P.A.**

Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
P: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Courts for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Heather A. Hill and Emily Czerniejewski, United States Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, on October 14, 2026.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY